# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:07-cr-500-T-23TBM |
| WALTER NELSON | USM Number: 54634-004 |
| | Defendant's Attorney: Colleen Murphy Davis |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one and two of the March 14, 2008, memorandum.

After denying guilt, the defendant was found guilty of committing the violations charged in numbered paragraphs three and five of the memorandum.

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Failure to notify probation officer within 72 hours of being arrested or question by law enforcement | 10/03/07 |
| Two | Submission of an untruthful written monthly report | 10/11/07 |
| Three | New criminal conduct--battery/domestic violence | 09/30/07 |
| Five | New criminal conduct--aggravated assault with a deadly weapon | 10/14/07 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The evidence fails to establish the violations charged in numbered paragraph four and six, and the defendant is discharged as to these offenses.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 20, 2008
Date of Imposition of Sentence

*/s/ Steven D. Merryday/*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

March 21st, 2008
Date

| DEFENDANT: | WALTER NELSON | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 8:07-cr-500-T-23TBM | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **ELEVEN (11) MONTHS**.

___ The court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.

___ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m.   on _____.

    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation: Sheet 3 - Supervised Release

DEFENDANT: WALTER NELSON
CASE NUMBER: 8:07-cr-500-T-23TBM

Judgment - Page 3 of 3

## SUPERVISED RELEASE

No term of supervision is imposed.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation: Sheet 3 - Supervised Release

DEFENDANT: WALTER NELSON
CASE NUMBER: 8:07-cr-500-T-23TBM

Judgment - Page 3 of 3